Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| VICKI L. THOMPSON, | CASE NO. 2:11-CV-00429-EFB |
| Plaintiff, | [proposed ORDER EXTENDING **PLAINTIFF'S TIME TO FILE HER MOTION FOR SUMMARY JUDGMENT AND/ OR REMAND** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of

Plaintiff's time to file her motion for summary judgment and/ or remand, the request is hereby

APPROVED.

Plaintiff shall file her motion on or before August 10, 2011.

SO ORDERED.

DATED:  July 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE