1 | Ann M. Cerney, SBN: 068748
Attorney at Law
2 | 45 Hunter Square Plaza
Stockton, California  95202
3 | Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—oOo—

VICKI L. THOMPSON,                          CASE NO. 2:11-CV-00429-EFB

          Plaintiff,               **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER**

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.
_____/

    Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

    Plaintiff shall file her response on or before August 30, 2011.

    SO ORDERED.

DATED:  August 22, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

1
COMPLAINT