1 BENJAMIN B. WAGNER
United States Attorney
2 DONNA CALVERT
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
BRENDA M. PULLIN
4 Special Assistant United States Attorney
Social Security Administration
5
    333 Market Street, Suite 1500
6     San Francisco, California  94105
    Telephone:  (415) 977-8975
7     Facsimile:  (415) 744-0134
    E-Mail:Brenda.Pullin@ssa.gov
8
Attorneys for Defendant
9
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VICKI L. THOMPSON,         )<br>                                                  )<br>    Plaintiff,                         )<br>                                                  )<br>    v.                                    )<br>                                                  )<br>MICHAEL J. ASTRUE,         )<br>Commissioner of Social Security, )<br>                                                  )<br>    Defendant.                      )<br>_____) | CASE NO. 2:11-CV-00429-EFB<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, nunc pro tunc, to file his cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The extension is needed because Defendant's counsel was out of the office due to illness last week from prior to the previous deadline of September 30, 2011, through the date of this stipulation.  The new due date for Defendant's motion will be October 31, 2011, and the Court's Scheduling Order shall be modified accordingly.

//

//

1
2                                             Respectfully submitted,
3   Dated: October 6, 2011                    */s/ Ann M. Cerney*
                                              (As authorized via e-mail)
4                                             ANN M. CERNEY
                                              Attorney for Plaintiff
5
6   Dated: October 6, 2011                    BENJAMIN B. WAGNER
                                              United States Attorney
7
8                                             */s/ Brenda M. Pullin*
                                              BRENDA M. PULLIN
9                                             Special Assistant U.S. Attorney
10
11  SO ORDERED.
12  Dated:  October 12, 2011.
                                              EDMUND F. BRENNAN
13                                            UNITED STATES MAGISTRATE JUDGE

2