1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney
   Social Security Administration
5
        333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8975
7       Facsimile:  (415) 744-0134
        E-Mail:Brenda.Pullin@ssa.gov
8
   Attorneys for Defendant
9
                        UNITED STATES DISTRICT COURT
10
                        EASTERN DISTRICT OF CALIFORNIA
11
                              SACRAMENTO DIVISION
12

13  VICKI L. THOMPSON,              )
                                    )   CASE NO. 2:11-CV-00429-EFB
14       Plaintiff,                 )
                                    )
15       v.                         )   STIPULATION AND ORDER FOR FIRST
                                    )   EXTENSION OF TIME TO FILE
16  MICHAEL J. ASTRUE,              )   DEFENDANT'S MOTION FOR SUMMARY
    Commissioner of Social Security,)   JUDGMENT
17                                  )
         Defendant.                 )
18  _____)

19

20      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

21 of the attached Order, that Defendant shall have a first extension of time of 30 days, nunc pro tunc, to

22 file his cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment.

23 The extension is needed because Defendant's counsel was out of the office due to illness last week from

24 prior to the previous deadline of September 30, 2011, through the date of this stipulation.  The new due

25 date for Defendant's motion will be October 31, 2011, and the Court's Scheduling Order shall be

26 modified accordingly.

27 //

28 //

1
2                                          Respectfully submitted,
3   Dated: October 6, 2011                 */s/ Ann M. Cerney*
                                           (As authorized via e-mail)
4                                          ANN M. CERNEY
                                           Attorney for Plaintiff
5
6   Dated: October 6, 2011                 BENJAMIN B. WAGNER
                                           United States Attorney
7
8                                          /s/ *Brenda M. Pullin*
                                           BRENDA M. PULLIN
9                                          Special Assistant U.S. Attorney
10
11  SO ORDERED.
12  Dated:  October 12, 2011.
                                           _____
13                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2