1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8      **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                              —o0o—

10 VICKI L. THOMPSON,                    CASE NO. 2:11-CV-00429-EFB

11             Plaintiff,                **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO**
12 vs.                                   **DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT
13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
               Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested extension of

17 Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

18 hereby APPROVED.

19     Plaintiff shall file her reply on or before December 6, 2011.

20     SO ORDERED.

21 DATED:  November 30, 2011.

22                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE